# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES MEDINA,

    Plaintiff,

v.                                             No. CV 11-176 JB/WDS

STATE OF NEW MEXICO
DEPARTMENT OF CORRECTIONS,

    Defendant.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that the document is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

    ____ No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)   ___   is not filed
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   ___   is not on proper form (must use current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the Court. Only an original has been received.
(9)   ___   other _____

**III. Complaint, Petition or Application:**

(1)   ___   is missing
(2)   ___   is not on proper form (must use our form Rev. 5/96)

(3) ___ is missing an original signature by the prisoner
(4) ___ is missing page nos. ___
(5) ___ uses et al. instead of listing all defendants/respondents
(6) ___ An original and a copy have not been received by the Court. Only an original has been received.
(7) ___ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) ___ names in caption do not match names in text
(9) ___ other _____

Papers filed in response to this order must include the civil action number (CV 11-176 JB/WDS) of this case. Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

IT IS THEREFORE ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

IT IS FURTHER ORDERED that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Financial Certificate.

_____
UNITED STATES MAGISTRATE JUDGE